MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    Carol.s.clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| IRA ALLEN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-00059-DMC <br><br> STIPULATION AND ORDER TO REMAND |

## STIPULATION TO REMAND AND PROPOSED ORDER

IT IS HEREBY STIPULATED, by and between Ira Allen (Plaintiff) and Nancy Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion evidence.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 20, 2018     By    */s/ Cyrus Safa*
                                  CYRUS SAFA
                                  Attorney for Plaintiff
                                  (authorized by email on October 17, 2018)

                                  MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                            By    /s/ *Carol S. Clark*
                                  CAROL S. CLARK
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**ORDER**

It is so ordered.

Dated: October 24, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stipulation for Remand, 2:18-cv-000059-DMC                                    2